**No. 57750.**—S. S. Kresge Co. et al. *v.* United States, protests 92081–K, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of figures composed wholly or in chief value of papier mâché the same in all material respects as those the subject of Abstract 56975, the claim of the plaintiffs was sustained.

**No. 57751.**—Emery, Russell & Goodrich, Inc. *v.* United States, protest 201500–K (New York).

Opinion by OLIVER, C. J.   An examination of the official papers failing to disclose any reason for disturbing the action of the collector, which was presumptively correct, the protest was overruled.

**No. 57752.**—Friedman Mirror & Glass Co., Inc. *v.* United States, protest 209545-K (New York).

Opinion by OLIVER, C. J.   An examination of the official papers failing to disclose any reason for disturbing the action of the collector, which was presumptively correct, the protest was overruled.

**No. 57753.**—Ajax Findings Company *v.* United States, protest 213755–K (New York).

Opinion by OLIVER, C. J.   An examination of the official papers failing to disclose any reason for disturbing the action of the collector, which was presumptively correct, the protest was overruled.

BEFORE THE SECOND DIVISION, JANUARY 7, 1954

**No. 57754.**—Carr Brothers, Inc. *v.* United States, protests 189326–K, 189327–K, and 191588-K (New York).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of *United States v. Geo. Wm. Rueff, Inc.* (41 C. C. P. A. 95, C. A. D. 535), the claim of the plaintiff was sustained.